UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-00394-D-18

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LEANDRO ALBERTO DE LOS ANGELES-PEREZ ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED leave of court to manually file the exhibit not capable of being electronically filed described in the motion.

This the 13 day of April 2022.

_____
JAMES C. DEVER III
United States District Judge