IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-394-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEANDRO ALBERTO DE LOS | ) | |
| ANGELES-PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

The court will hold a hearing on defendant's motion to suppress [D.E. 512] on Thursday, June 30, 2022, at 1:00 p.m. in courtroom one of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This ⎯14 day of June, 2022.

JAMES C. DEVER III
United States District Judge